TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LISA MARIE GOODSPEED,

    Defendant.

No. 2:10-CR-412 GEB

[PROPOSED ORDER] CONTINUING STATUS CONFERENCE

Date: October 14, 2011
Time: 9:00 a.m.
Judge: Hon. Garland E. Burrell

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for October 14, 2011. Counsel for the defendant requests that the date for status be continued to November 18, 2011 at 9:00am. The Assistant United States Attorney and defense counsel are working toward resolving the matter for a misdemeanor. Our joint request is to continue the felony case as the plea agreement is being drafted. If we can resolve the case for a misdemeanor, the Assistant United States Attorney anticipates filing a motion to dismiss the felony.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards

1

a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, November 18, 2011 .

3. The parties agree to continue the status conference to November 18, 2011 at 9:00 am.

Dated: October 13, 2011  //s/ Toni Carbone
TONI CARBONE
Attorney for defendant
Lisa Goodspeed

Dated: October 13, 2011  /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendant Lisa Marie Goodspeed be continued from October 13, 2011 to November 18, 2011. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the status conference, November 18, 2011 .

GARLAND E. BURRELL, JR.
United States District Judge