TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LISA MARIE GOODSPEED,<br><br>    Defendant. | No. 2:10-CR-412 GEB<br><br>[PROPOSED ORDER] CONTINUING STATUS CONFERENCE<br><br>Date: November 18, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for November 18, 2011. Counsel for the Government and for the defendant request that the date for status be continued to January 20, 2012 at 9:00am for change of plea. The Government today submitted a misdemeanor plea agreement to defense counsel.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the change of plea, January 20, 2012 .

3. The parties agree to continue the status conference to a change of plea for January 20, 2012 at 9:00 am.

1

Dated: November 22, 2011 //s/ Toni Carbone
TONI CARBONE
Attorney for defendant
Lisa Goodspeed

Dated: November 22, 2011 /s/ David L. Stevens
DAVID L. STEVENS
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendant Lisa Marie Goodspeed be continued from November 18, 2011 to January 20, 2012 for change of plea. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the change of plea, January 20, 2012 .

11/23/11

GARLAND E. BURRELL, JR.
United States District Judge

2