TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-412 DAD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| v. | |
| LISA MARIE GOODSPEED, | Date: May 8, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

The parties hereby stipulate the following:

1. Judgment and Sentencing in this matter is presently set for May 8, 2012. Counsel for the Government and for the defendant request that the date for Judgment and Sentencing be continued to June 19, 2012 at 10:00 a.m. as defense counsel and defendant are scheduled to meet with probation on April 24, 2012.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of Judgment and Sentencing, June 19, 2012 .

1

3. The parties agree to continue the Judgment and Sentencing date to June 19, 2012 at 10 a.m. and agree to the following schedule of disclosure:

Judgment and sentencing date: **6/19/2012 at 10:00 AM**

Reply or statement of non-opposition: **6/12/2012**

Motion for correction of the Pre-Sentence **6/5/2012**

The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: **5/29/2012**

Counsel's written objections to the Pre- Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **5/22/12**

The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: **5/8/12**

Dated: March 28, 2012         //s/ Toni Carbone
                              TONI CARBONE
                              Attorney for defendant
                              Lisa Goodspeed

Dated: March 28, 2012         /s/ Justin Lee
                              JUSTIN LEE
                              Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for Judgment and Sentencing of defendant Lisa Marie Goodspeed be continued from May 8, 2012 to June 19, 2012. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the Judgment and Sentencing, June 19, 2012 . The Court

adopts the Schedule of Disclosure referenced herein.

Dated: March 28, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Goodspeed0412.stipord.cont.sentence2.doc