```
BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00412-GEB |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) | |
| LISA GOODSPEED, | ) | |
| Defendant. | ) | |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the indictment filed on September, 23 2010, in the above captioned matter is GRANTED.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge