TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LISA MARIE GOODSPEED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LISA MARIE GOODSPEED,<br><br>　　　　Defendant. | No. 2:10-CR-412 DAD<br><br>[PROPOSED ORDER] CONTINUING VIOLATION OF PROBATION HEARING<br><br>Date:　October 29, 2013<br>Time:　10:00 a.m.<br>Judge:　Hon. Dale A. Drozd |

The parties hereby stipulate the following:

1. The hearing on violation of probation in this matter is presently set for October 29, 2013. Counsel for the defendant requests that the date for status be continued to November 12, 2013 at 10:00am. The Assistant United States Attorney and Deputy United States Probation Officer are in agreement with a request to continue the matter to November 12, 2013. There has been improvement in Ms. Goodspeed's performance on probation and Ms. Goodspeed, through counsel, would like to continue working with the Probation Department and U.S. Attorneys' Office toward a proposed resolution in the matter.

Dated:  October 28, 2013　　　　　　　　　　　　　　　//s/ Toni Carbone
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TONI CARBONE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lisa Goodspeed

1

Dated: October 28, 2013                    /s/ Barbara Borkowski
                                           BARBARA BORKOWSKI
                                           Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the hearing on the violation of probation of defendant Lisa Marie Goodspeed be continued from October 29, 2013 to November 12, 2013.

Dated: October 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Goodspeed0412.stipord.cont.prob.hrg.