UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

| | |
|---|---|
| Honorable Dale A. Drozd<br>Chief United States Magistrate Judge<br>Sacramento, California | RE: Lisa Marie GOODSPEED<br>Docket Number: 2:10CR00412-01<br>**MOTION TO DISMISS VIOLATION PETITION** |

Your Honor:

On June 4, 2013, the probation officer filed a Petition for Summons regarding the above-named offender. The petition charged: Failure to Participate in Mental Health Treatment; Failure to Comply With Financial Restrictions; and Failure to Pay Restitution. The case was continued November 12, 2013. Since the initial appearance, the offender has been prescribed anti-depressants. The unauthorized vehicle she purchased was returned to the dealership, and she has paid a minimum of $25-per-month toward restitution.

The offender is seeking individual counseling. She plans to continue taking the prescribed medication to address her issues with depression, and she has agreed to continue to pay a minimum of $25-per-month toward her restitution obligation. A copy of the Formal Payment Plan is attached for the Court's review and signature. Should the Court agree with the above, and sign the Motion to Dismiss Violation Petition, along with the attached Formal Payment Plan, the probation officer will ensure that regular monthly payments are made. At his time, the probation officer recommends the violation petition be dismissed.

Respectfully submitted,

/s/ Brenda Barron-Harrell

**BRENDA BARRON-HARRELL**
**United States Probation Officer**

Dated: November 5, 2013
Sacramento, California
BBH:cd

REV. 05/2013
MEMO-COURT W ORDER.DOTX

RE: **Lisa Marie GOODSPEED**
Docket Number: **2:10CR00412-01**
**MOTION TO DISMISS VIOLATION PETITION**

**REVIEWED BY:** /s/ Jeffrey C. Oestreicher
**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒ Approved ☐ Disapproved

11/8/13

**Date**

Dale A. Drozd
**Chief United States Magistrate Judge**

cc: Michael Stanley
Assistant United States Attorney
Toni Carbone
Defense Counsel